THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN DE FEO, Appellant.

Submitted July 14, 1954; decided July 14, 1954.

*Harris B. Steinberg* for motion.
*Frank S. Hogan, District Attorney (Leonard E. Reisman* of counsel), for People of the State of New York, respondent.

Motion granted.